NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**TRADING TECHNOLOGIES INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

v.

**OPEN E CRY, LLC AND OPTIONSXPRESS HOLDINGS, INC.,**
*Defendants-Appellees,*

AND

**TRADESTATION SECURITIES, INC. AND TRADESTATION GROUP, INC.,**
*Defendants-Appellees,*

AND

**IBG, LLC, THINKORSWIM GROUP, INC., TD AMERITRADE, INC., TD AMERITRADE HOLDING CORP., AND INTERACTIVE BROKERS, LLC,**
*Defendants-Appellees,*

AND

**CQG, INC. AND CQGT, LLC,**
*Defendants-Appellees,*

AND

**FURTUREPATH TRADING, LLC,**

**SUNGUARD DATA SYSTEMS, INC., SUNGARD INVESTMENT VENTURES LLC, AND GL TRADE AMERICAS, INC.,**
*Defendants-Appellees,*

AND

**STELLAR TRADING SYSTEMS, LTD.**
AND **STELLAR TRADING SYTEMS, INC.,**
*Defendants-Appellees,*

AND

**ESPEED MARKETS, LP, BCG CAPTIAL MARKETS, LP, AND ECCOWARE, LTD.,**
*Defendants-Appellees,*

AND

**ROSENTHAL COLLINS GROUP, LLC,**
*Defendant.*

————————————

2012-1583

————————————

Appeal from the United States District Court for the Northern District of Illinois in consolidated case no. 10-CV-0715, Judge Virginia M. Kendall.

————————————

**O R D E R**

Upon consideration of Trading Technologies International, Inc. and Stellar Trading Systems, Inc.'s motion to withdraw their motion to remand due to settlement,

IT IS ORDERED THAT:

The motion to withdraw the motion to remand due to settlement is granted.

3                        TRADING TECHNOLOGIES INTL v. OPEN E CRY, LLC

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25